(INND Rev. 12/23)                                                                                      page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

-FILED-

Samuel Theodore Oliver ,

[You are the **PLAINTIFF**, print your full name on this line.]

FEB 09 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.

Lewis Holsum Bakeries ,

[The **DEFENDANT** is who you are suing.]

1 : 26 C V 0 7 1

Case Number _____

[*For a new case in this court, leave blank. The court will assign a case number.*]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 417 S. Calhoun St. Ft. Wayne, IN 46802

2. My telephone number is: (260) 348 - 0552

3. The Defendant's address is: Lewis Holsum Bakeries 136 Murray St. Ft Wayne, IN 46803  Gallagher Bassett 5775 Nimtz Pkwy # 100 Southbend, IN 46628

4. This action is brought for employment discrimination pursuant to:

    ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [*race, color, gender, religion, national origin*]

    ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

    ☑ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

    ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 5-1-2025

6. The date on my Notice of Right to Sue letter is: Never recieved / Last notice Dec 6th 2025

7. The date I received my Notice of Right to Sue letter was: Never recieved Last Notice Dec 6th 2025

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 12/23)

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I am a qualified black individual with a disability who worked for Lewis Bakeries Inc, March 7th 2025 until i walked out on March 29th 2025 do to back pain/poor training failure to accomodate with a back brace. I was hired to work in the production department because of my prior experience, I excelled in the production dept. and was told by my trainer that i was advanced, However on March 28th 2025, because of my race i was re-assigned to a different department the baggers department. This position was very straining on my back i told my trainer James Davis that i was having back pain, pain in my lower back through out the night. I requested a back brace do to severe pain in my back ② I was never brought a back brace. James Davis was Constantly on his phone even falling asleep while standing. I came in March 29th 2025 6p.m. to dawn. Shift. I told my trainer James Davis i was having back pain and that i was about to walk out that i needed a back brace. Lewis Bakeries employee Tyree Walker came over to help assist 1/2 hour to 40 mins into my shift i told Tyree Walker that i was having back pain and in need of a back brace. Lewis Bakeries failed to

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

provide me with the reasonable accomodation for a back brace i left March 29th 2025 6:51 p.m. Back pain/poor training

(3) I emailed Human Resource Chandra Hawkins she texted me Monday 8:02 a.m. March 31st 2025 to call her. I explained everything to her clearly that took place March 28th 2025, March 29th 2025. After she reviewed the camera's she offered me to train under someone else that the pain i was having was normal, and that if i take tylenol for two weeks i can make it past the pain, and offered me a back brace if i came back. I explained to her it felt as if i had pins in my back while im in the bagger dept. On the assembly line. She never Human Resource Chandra Hawkins offered me illness injury report, light duty work, and or time to recuperate. The pain never went away. On 4-21-2025 i was diagnoised with Degenerative Disk Disease, lumbar Strain, acute pain, lumbar. Human Resource Chandra Hawkins sent illness injury report three weeks later 4-21-2025 While i was in the Hospital. (4) On 4-22-25 My Primary Care Erica Scotland reffered me to Ortho Northeast physical therapy. My 5-5-2025 appointment with Dr Ahmed Ghori of Northeast Ortho recommended 2 times a week for 6 weeks therapy rehabilitation Services. I was assigned an insurance Ajuster through Lewis Holsum Bakories Daniel Clark Sent a letter with Claim # that if sought Medical treatment to send all Medical bill to his address. However Daniel Clark denied my claim after he found out they would

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

INND Rev 12/23
Pro Se 14 (INND Rev. 2/20)                                                page 4

Claims and Facts (continued)

have to possibly pay for Physical Therapy. Daniel Clark insurance resolution Manager of Gallagher Bassett Services found ways to deny my claim after he found out they would have to pay for Physical Therapy. Daniel Clark is the insurance adjuster for Lewis Holsum Bakery, Inc.

I have Attached

Example:    Human Resource Chandra Hawkins
(1.) Screenshot of Monday, March 31st 8:02am of first Contact of when i notified her of my back injury March 28th March 29th 2025 in the bagger dept.

Example:
(2.) Copy of Diagnosis (Degenerative Disc Disease) lumbar 4-21-2025 Lutheran Hospital Lumbar Strain 1of2 2of2.

Example
(3.) Screenshot of when Human Resource Chandra Hawkins Sent injury illness report 4-21-2025 while in hospital i sent it back to her because she forgot to attach the forms. 1of1

Example:
(4.) Copy of 4-22-2025 visit with my Primary Care Practentioner Erica Scottland i was Recommend Prescribe Medication and follow up with Orthopedics Physical therapy 1of2 2of2 Assesment patient plan/Plan Orders Ortho Northeast appointment 5-5-2025 1:15p.m. Consider Physical therapy refferal

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

Claims and Facts (continued)

5) Example          Pg. 1of1

Physical Therapy appointment 5-5-2025 MD Ahmer Ghori recommended frequency: 2 times a week Duration: 6 weeks

6.) Example

Copy of hospital visit 5-09-2025 Acute lumbar back pain Pg. 1of1

7.) Example

Copy of Correspondence insurance Adjuster Daniel Clark statement if sought Medical treatment for injury to have medical provider send all bills to him

8) Example

Copy of 11 Second refferal for Physical Therapy 5-22-25 Fort wayne Orthopedics pg. 1of1 Recomended FNP-C Erica Scottland was trying to order back brace she sent two different Physical therapy refferal 4-22-25 5-22-2025 5-12-25. as explained example 4, 5. she felt Daniel Clark was trying to find way to not pay for Physical Therapy. Plaintiff Samuel Theodore Oliver Demands Trial by Jury

Defendant: Lewis Holsum Bakery

Human Resource: Chandra Hawkins 136 Murray St. Ft. wayne IN 46803

Insurance Adjuster Daniel Clark Gallagher-Bassett 5775 Nimtz Pkwy #100 Southbend, IN 46628

Lewis Holsum Bakery: James Davis 136 Murray St. fort wayne, IN 46803

Lewis Holsum Bakery: Tyree Walker 136 Murray St. Ft. wayne IN 46803

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 12/23)                                                                    page 6

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

find and hold that Plaintiff has Suffered from defendants act of discrimination on the basis of disability. Order that Plaintiff be awarded backpay Plaintiff would have earned with related Monetary benifits and interest had Plaintiff been reinstated to his position. Award Plaintiff Compensatory damages in a amount to be determined at trial, of this matter. Award Plaintiff his Attorney fees, including litigation expenses, and the cost of this action. Grant Such other and futher relief as may be just and proper. Plaintiff demands Trial by Jury.

**DOCUMENTS** – I have attached a copy of the following documents:

☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

◯ Notice of Right to Sue letter

☑ Other: Attached is the Charge of Discrimination form and Determination hearing board decision Dec 16th 2025 They never sent me a right to sue letter.

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

S.O.  I will keep a copy of this complaint for my records.

S.O.  I will promptly notify the court of any change of address.

S.O.  I declare **under penalty of perjury** that the statements in this complaint are true.

Samuel T. Oliver                          2-3-26
Signature                                 Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

INND Rev. 12/23)
~~Rev. 3/00~~

Relief Continued
~~Claims and Facts~~ (continued)

To Provide additional training to its workforce about ADA protections. To enter a three year consent decree, training and policy amendments and agree to submit annual reports to the Equal Employment Opportunity Commission regarding certain reasonable accommodation requests.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]