UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SAMUEL THEODORE OLIVER, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-CV-71-HAB-ALT |
| LEWIS HOLSUM BAKERIES, | |
| Defendant. | |

## OPINION AND ORDER

Pro se Plaintiff Samuel Theodore Oliver ("Oliver") seeks leave to proceed in forma pauperis. (ECF 2). He filed an affidavit that reflects he is incarcerated in the Allen County Jail. (*Id.*). Records he attached reflect that he has no money in his prisoner trust account. (*Id.* at 2–3). Thus, it appears that Oliver cannot afford to pre-pay the filing fee. For these reasons, the Court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 2);[1]

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and

(4) DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on) the defendant(s) at 136 Murray Street, Fort Wayne, IN, 46802, with a copy of this order and the complaint.

**SO ORDERED** on March 5, 2026.

---

[1] Oliver indicated in his initial filing on February 9 that he had not yet received his Notice of Right to Sue Letter from the EEOC. (ECF 1, at 1). It appears Oliver received his Notice of Right to Sue letter on February 18 and filed it with the Court on March 2. (ECF 4). The Court will consider this subsequently filed letter to be part of Oliver's claim.

                                              s/ *Holly A. Brady*
                                              CHIEF JUDGE HOLLY A. BRADY
                                              UNITED STATES DISTRICT COURT